In the Matter of ABRAHAM E. SOLOMON, Petitioner, against MARY DONLON et al., Constituting the Workmen's Compensation Board, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FAMOUS VIRGINIA FOODS, INC., Respondent, v. PERFECT PACKED PRODUCTS Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

WILLIAM I. PHILLIPS, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v. SHEILA-LYNN, INC., Respondent.— Determination unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 689.] [See *post*, p. 893.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. N. A. BERWIN & CO., INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [122–128 E. 82nd St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NEW ENGLAND FIRE INSURANCE COMPANY, Respondent, v. RINGLING BROTHERS AND BARNUM & BAILEY COMBINED SHOWS, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Accounting of GEORGE FREITAG, as Executor of HENRY BOESENBERG, Deceased, Appellant. META PRILL, as Administratrix of the Estate of BETTY BOESENBERG, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [183 Misc. 786.]

BARNEY MALTZ, Respondent-Appellant, v. GENERAL CIGAR CO., INC., Appellant-Respondent.— Judgment unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 894.]

IRVAL SALES CO., INC., Respondent, v. ART BAR & RESTAURANT SEATING CORPORATION, Respondent, and 620 BROADWAY CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent, with leave to the defendant-appellant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HUGART F. NORMAN et al., Individually and as Copartners Practicing Law as NORMAN & ALLEN, Appellants, v. DAVID SULLIVAN, as President of Local 32B of the Building Service Employees International Union, et al., Respondents.— Appeal unanimously dismissed, with $20 costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 957.] [See *post*, p. 921.]